# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PHILLIPS,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　　　Respondent. | Case No. CV 12-5906 JCG<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation.

DATED: March 28, 2013

_____
　　　　　HON. JAY C. GANDHI
　　UNITED STATES MAGISTRATE JUDGE